**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 12, 2015

Hon. Philip T. Cowen
Attorney at Law
500 E. Levee St.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Luis V. Saenz
District Attorney
964 E. Harrison Street
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-13-00141-CR
Tr.Ct.No.  2012-DCR-1002-C
Style:     NOE LOSOYA v. THE STATE OF TEXAS


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   197th District Court (DELIVERED VIA E-MAIL)
      Hon. Eric Garza, Cameron County District Clerk (DELIVERED VIA E-MAIL)